# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **Woody Jackson,** | **Case No. 16-30982** |
| **Debtor-Plaintiff.** | Chapter 13 |
| | Adversary Proceeding No. 16-3311 |
| **v.** | |
| **Wells Fargo Bank, N.A. d/b/a America's Servicing Company,** | |
| **Defendant.** | |

## REPORT OF MEDIATOR

The undersigned Mediator reports the following results of a mediation settlement conference held on February 3, 2017.

The following individuals, parties, corporate representatives, and / or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

> Plaintiff Woody Jackson and attorney, Kerry L. Balentine;
> Ron Jackson, son of Plaintiff;
> Beverly DeCaro on behalf of Defendant Wells Fargo Bank, represented
> and the Bank's attorney, B. Chad Ewing.

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

> None.

The outcome of the mediation session was:

> The Parties agreed to a further exchange of information that may lead to a settlement.

**MEDIATOR'S FEE**

| Fee | Billed | Paid |
|---|---:|---:|
| Administrative Fee | $150.00 | $150.00 |
| Mediation Fee (2.5 hours @ $360.00) | $900.00 | $0.00 |
| **Total Fee Due** | | $900.00 |

All fees of the mediator have been paid, except as follows:

| Name of Party Owing Balance | Address of Party | Amount of Balance |
|---|---|---:|
| Woody Jackson | c/o Kerry L. Balentine<br>Balentine Law PLLC<br>615 S. Dekalb St., Ste. A<br>Shelby, NC 28150 | $450.00 |
| Wells Fargo Bank, N.A. d/b/a America's Servicing Company | c/o B. Chad Ewing<br>Womble Carlyle Sandridge & Rice, LLP<br>301 South College Street, Suite 3500<br>Charlotte, NC 28202-6037 | $450.00 |

I have filed this report with the Court as required within ten (10) days after conclusion of the conference.

This is the 13th day of February, 2017.

> */s/ A. Cotten Wright*
> A. Cotten Wright (State Bar No. 28162)
> Grier Furr & Crisp, PA
> 101 North Tryon Street, Suite 1240
> Charlotte, NC 28246
> (704) 375-3720 Telephone
> (704) 332-0215 Facsimile
> cwright@grierlaw.com
>
> *Mediator*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served counsel for all parties with the Report of Mediation by electronic service.

    This is 13th day of February, 2016.

                                   */s/ A. Cotten Wright*
                                   A. Cotten Wright
                                   Grier Furr & Crisp, PA
                                   101 North Tryon Street, Suite 1240
                                   Charlotte, NC 28246