UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>WOODY EUGENE JACKSON<br>  d/b/a Jacksons Carpet Cleaning<br>  fdba North South Carpet Cleaning<br><br>  Debtor. | Case No. 16-30982<br>Chapter 13 |
| WOODY JACKSON,<br><br>  Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A. d/b/a<br>AMERICA'S SERVICING COMPANY<br><br>  Defendant. | Adversary Proceeding No. 16-03311 |

## WELLS FARGO BANK, N.A.'S RESPONSE TO MOTION TO COMPEL COMPLETION OF MEDIATED SETTLEMENT CONFERENCE

NOW COMES Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company ("Wells Fargo"), by and through its undersigned attorneys, and responds to Plaintiff's Amended Motion to Compel Completion of Mediated Settlement Conference (the "Motion"). Wells Fargo shows as follows:

1. Wells Fargo reserves its right to dispute the factual predicates of Plaintiff's Motion. In addition, while Wells Fargo will engage in settlement discussions with the Debtor through counsel, Wells Fargo believes that another mediation session is not needed and is likely to be futile.

2. To the extent that the Court grants the Motion, Wells Fargo has requested that the Debtor's counsel consent to move the proposed mediation from May 15, 2017, to another

mutually convenient date due to intervening conflicts.  Debtor's counsel has agreed to do so, and if required, the parties will work in good faith to select such a date.

This the 5th day of May, 2017.

                               */s/ B. Chad Ewing*
                               B. Chad Ewing (N.C. Bar No. 27811)
                               WOMBLE CARLYLE SANDRIDGE & RICE, LLP
                               One Wells Fargo Center, Suite 3500
                               301 South College Street
                               Charlotte, North Carolina  28202-6037
                               Telephone: (704) 331-4996
                               Facsimile:  (704) 338-7854
                               Email: CEwing@wcsr.com

*Attorneys for Wells Fargo Bank, N.A.*
*d/b/a America's Servicing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2017, the foregoing **WELLS FARGO BANK, N.A.'S RESPONSE TO MOTION TO COMPEL COMPELTION OF MEDIATED SETTLEMENT CONFERENCE** was electronically filed with the Clerk of Court using the CM/ECF system which constituted service upon the following:

Kerry L. Balentine
Balentine Law, PLLC
P.O. Box 1448
Shelby, NC  28151
*Counsel for Plaintiff*

*/s/ B. Chad Ewing*
B. Chad Ewing