FILED & JUDGMENT ENTERED
Steven T. Salata

December 13 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN THE MATTER OF:

NAME:           JACKSON, WOODY                    CHAPTER 13 NO. 16-30982

ADDRESS:        3011 BLESSING DRIVE
                INDIAN TRAIL, NC 28079-5580

SSN:            --- -- 9167

                                          DEBTOR

WOODY JACKSON, DEBTOR

                      PLAINTIFF            Adversary Proceeding No. 16 -3311

vs.

WELLS FARGO BANK, N.A. D/B/A
AMERICA'S SERVICING COMPANY

                      DEFENDANTS
_____

## ORDER APPROVING
## SETTLEMENT OF ADVERSARY PROCEEDING

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division, pursuant to the motion filed by the Debtor to approve a settlement agreement with the Defendants; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing, that the Trustee filed a response but that no other parties have filed any timely objections or otherwise appeared in opposition to the said motion and that the time for filing any such

objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in the motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the settlement agreement between the debtor and the Defendants was negotiated in good faith and is reasonable, fair, and equitable. Further, under the circumstances, the settlement avoids the costs and uncertainties related to the litigation of the debtor's alleged claims against the Defendants; and

**IT FURTHER APPEARING** to the undersigned that the debtor's motion for approval of the settlement with the Defendants as set forth in the motion should be granted; and

**IT FURTHER APPEARING** to the undersigned that the parties should be and hereby are allowed to enter into, execute, and perform the settlement agreement in settlement of this adversary proceeding; and

**IT FURTHER APPEARING** to the undersigned that entry of this Order is in the best interest of the debtor Woody Jackson, his estate, his creditors, and all other parties in interest; and

**IT FURTHER APPEARING** to the undersigned that the Settlement Payment of $20,000.00 from the Defendants shall be deposited into the trust account for the attorney for the debtor pending the resolution of the IRS claims filed in this case and further orders of this Court; and

**IT FURTHER APPEARING** to the undersigned that a status hearing will be held on Tuesday, January 23, 2018 at 10:00 a.m.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the debtor's motion for approval of the settlement with the Defendants is **GRANTED** and the Settlement Agreement is **APPROVED.**

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court